### Commonwealth *v.* Dunham, Appellant.

Before SHELLEY, J.

Argued March 10, 1969. *Harry B. Gold-berg,* with him *Goldberg, Evans & Katzman,* for appellant; *J. Morgan,* Assistant District Attorney, with him *Jerome T. Foerster,* Assistant District Attorney,

746

and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.